UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No.    '08 MJ 1291 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Uriel RODRIGUEZ-Lopez** | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about, **January 09, 2008**, within the Southern District of California, defendant, **Uriel RODRIGUEZ-Lopez**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **April 2008.**

UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**NAME: RODRIGUEZ-Lopez, Uriel**

## PROBABLE CAUSE STATEMENT

On January 09, 2008, the defendant identified as Uriel RODRIGUEZ-Lopez was apprehended by the United States Border Patrol near San Ysidro, CA. Record checks revealed that defendant was a parole violator, and therefore a Parole Hold was issued and he was booked into San Diego County Jail for PC 3056 "VIOLATION OF PAROLE". On January 10, 2008, an Agent with the United States Border Patrol determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from State custody. On Friday, April 25, 2008, at approximately 8:15 a.m. the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE). A Deportation Officer conducted official record checks in regards to the defendant, and confirmed him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on or about December 06, 2005 and physically removed to Mexico on or about October 29, 2007 via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as Uriel RODRIGUEZ-Lopez, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico, was ordered removed to Mexico and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that Uriel RODRIGUEZ-Lopez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.