1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Uriel Rodriguez-Lopez

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) Case No. 08MJ1291 |
| 12        Plaintiff, | ) |
| 13 v. | ) **CERTIFICATE OF SERVICE** |
| 14 URIEL RODRIGUEZ-LOPEZ, | ) |
| 15        Defendant. | ) |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov

21                                    Respectfully submitted,

23 DATED:     May 1, 2008            /s/ Erica K. Zunkel
                                     **ERICA K. ZUNKEL**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Uriel Rodriguez-Lopez